**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, | Case No. 2:15-cv-03234-ODW(GJSx) |
| Petitioner, | **JUDGMENT CONFIRMING ARBITRATION AWARD** |
| v. | |
| NORTHWESTERN, INC., d/b/a NORTHWESTERN SHOWCASE & FIXTURE CO., | |
| Respondent. | |

Upon consideration of the contentions of Petitioner SOUTHWEST REGIONAL COUNCIL OF CARPENTERS ("SWRCC"), this Court having jurisdiction under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Award issued by the Arbitration Panel in favor of the SWRCC and against Respondent, NORTHWESTERN, INC., is hereby confirmed and enforced in its entirety. Respondents shall fully comply with the Award, including:

• Paying the following amounts to the below individuals:

/ / /

|  | Amount for Regular Hours | Amount for Overtime | Amount for Double Overtime | Total |
| --- | --- | --- | --- | --- |
| Antonio Alcaras | $1,760.64 | $607.19 | $251.52 | $2,619.35 |
| Octavio Hernandez | $13,648.40 | $6,286.05 | $1,419.80 | $21,354.25 |
| Bryan McLeod | $5,875.35 | $2,475.90 | $746.70 | $9,097.95 |
| Michael Madriz | $4,716.00 | $1,061.10 | $117.90 | $5,895.00 |

IT IS FURTHER ORDERED that, pursuant to California Civil Code Section 3289(b), Respondent must pay an interest at a rate of ten (10) percent per annum from the time of the breach until full satisfaction of the arbitration award.

This Court retains jurisdiction for purposes of confirming and enforcing any further award made by the Arbitrator.  The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

September 23, 2015

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2